O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LAMBERT, | Case No. CV 13-08316 DDP (MANx) |
| Plaintiff, | **ORDER DENYING MOTION TO UNSEAL AND AUTHORIZING RELEASE OF** |
| v. | **TRANSCRIPT TO PLAINTIFF'S COUNSEL** |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a Company doing business in California form unknown; DIANE PITTS, an individual, | (DOCKET NUMBER 16) |
| Defendants. | |

On November 10, 2014, the Court heard arguments on Plaintiff's counsel's motion to withdraw as counsel. (Dkt. No. 12.) That hearing was held in camera, with opposing counsel and the public excluded, because it dealt with confidential and privileged communications between Plaintiff and her attorney. Plaintiff now applies to unseal the transcript from the hearing "so that the Court Reporter may prepare same for purchase and review by Plaintiff's counsel in preparation of this matter for jury trial." (Dkt. No. 16.)

///

1    According to the Local Rules, "[a]n application for disclosure
2 of sealed or confidential court records shall be made to the Court
3 in writing and filed by the person seeking disclosure.  The
4 application shall set forth with particularity the need for
5 specific information in such records."  LR 79-5.3.
6    The Court does not find good cause to unseal the hearing
7 transcript at this time.  The litigation is still pending, and
8 confidential communications between Plaintiff and counsel could
9 still be sensitive.  While it is certainly Plaintiff's prerogative
10 to waive that confidentiality if she decides to do so explicitly,
11 based on this application the Court finds that the better course of
12 action is to authorize the Reporter to release a copy of the
13 transcript to Plaintiff's counsel without otherwise unsealing the
14 transcript.
15    The motion is DENIED, but the Court Reporter is authorized to
16 provide Plaintiff's counsel with an unredacted copy of the
17 transcript of the November 10, 2014 hearing in this case.

19 IT IS SO ORDERED.

22 Dated: November 24, 2014

                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge

2