O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LAMBERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a Company doing business in California form unknown; DIANE PITTS, an individual,<br><br>　　　　　　Defendants. | Case No. CV 13-08316 DDP (MANx)<br><br>**ORDER VACATING PREVIOUS ORDER**<br><br>[Dkt. No 55] |

　　On April 29, 2014, the Court issued an order ruling on Defendants' motion for summary judgment. (Dkt. No. 52.) However, Defendants now inform the Court that the parties had reached a settlement agreement shortly before the order was issued, that Defendant gave up its right to move for reconsideration as part of the settlement, and that Plaintiff does not oppose vacatur. (Mot. Vacate; Decl. Robert Jon Hendricks, ¶¶ 2-5.) Because the parties settled before the order was issued, the Court VACATES the order as mooted by the settlement agreement. The Court does not reach the question of error raised in the motion to vacate.

The MOTION TO VACATE ORDER (DOCKET NUMBER 55) set for June 15, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and GRANTED.

IT IS SO ORDERED.

Dated: May 19, 2015

DEAN D. PREGERSON
United States District Judge